1  Joseph R. Tiffany II (SBN 67821)
   joseph.tiffany@pillsburylaw.com
2  Dianne L. Sweeney (SBN 187198)
   dianne@pillsburylaw.com
3  Philip A. Simpkins (SBN 246635)
   philip.simpkins@pillsburylaw.com
4  PILLSBURY WINTHROP SHAW PITTMAN LLP
   2475 Hanover Street
5  Palo Alto, California 94304-1114
   (650)233-4500 • Fax: (650)233-4545
6
   Attorneys for Defendant
7  eTelecare Global Solutions, Inc.

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11  PETER MIKHALEV, an individual,           ) Case No. CV08-05888 DSF (Ex)
                                             )
                                             ) **ORDER DISMISSING ENTIRE**
12            Plaintiff,                     ) **ACTION *WITH PREJUDICE***
                                             )
13       v.                                  )
                                             ) Fed. R. Civ. Proc., Rule 41(a)(1)
14  ETELECARE GLOBAL                         )
    SOLUTIONS, INC., a Philippines           )
15  Corporation; and DOES 1 through 10,      )
    inclusive;                               )
16                                           )
              Defendants.                    )
17                                           )

- 1 -

701981140v1

Case No. CV08-05888 DSF (Ex)
DISMISSAL WITH PREJUDICE

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as
2  well as the stipulation filed by Plaintiff Peter Mikhalev and Defendant
3  eTelecare Global Solutions, Inc., the Court hereby dismisses *with prejudice*
4  this action in its entirety.  Each party is to bear their own attorneys' fees and
   costs.
5  All upcoming dates, including the trial date, are hereby vacated.

8  IT IS SO ORDERED.

10 Dated: 2/16/10

   _____
11 HONORABLE DALE S. FISCHER
   UNITED STATES DISTRICT JUDGE